UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD MANUSZAK, Individually and on
behalf of all others similarly situated,       :

                Plaintiff,                     :   Civil Action
                                                   No. 10-11046-WGY
        v.                                     :

BENJAMIN C. ESTY, THOMAS E. FAUST,             :   ORAL ARGUMENT REQUESTED
JR., ALLEN R. FREEDMAN, WILLIAM H.
PARK, RONALD A. PEARLMAN, HELEN                :
FRAME PETERS, HEIDI L. STEIGER, LYNN
A. STOUT, RALPH F. VERNI, NORTON H.            :
REAMER, EATON VANCE MANAGEMENT,
EATON VANCE CORPORATION, EATON                 :
VANCE TAX-ADVANTAGED GLOBAL
DIVIDEND INCOME FUND AND JOHN AND              :
JANE DOES 1-100,
                                               :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## THE EATON VANCE DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Eaton Vance Management, Eaton Vance Corp. and Thomas E. Faust, Jr., (the "Eaton Vance Defendants") hereby respectfully move to dismiss the Class Action Complaint filed in this action. The grounds for this motion are set forth in the Eaton Vance Defendants' memorandum of law, which is submitted herewith. Further, the Eaton Vance Defendants adopt and incorporate by reference the arguments and authorities cited in the Memorandum Of Law Of Defendants The Independent Trustees And Eaton Vance Tax-Advantaged Global Dividend Income Fund In Support Of Their Motion To Dismiss The Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Eaton Vance Defendants respectfully request oral argument on this motion.

Dated: August 20, 2010  
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll  
James R. Carroll (BBO #554426)  
Christopher A. Lisy (BBO #662283)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts  02108  
(617) 573-4800  
jcarroll@skadden.com  
clisy@skadden.com

Counsel for Defendants  
Eaton Vance Management, Eaton Vance Corp. and Thomas E. Faust, Jr.

## LOCAL RULE 7.1 CERTIFICATION

I, James R. Carroll, hereby certify that counsel for plaintiff was conferred with but counsel's agreement to the specific relief sought by this motion could not be obtained.

Dated: August 20, 2010

/s/ James R. Carroll  
James R. Carroll

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 20, 2010.

Dated: August 20, 2010

/s/ James R. Carroll  
James R. Carroll