# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Richard Manuszak, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BENJAMIN C. ESTY, Trustee of the Eaton Vance Tax-Advantaged Global Dividend Income Fund, et al.,<br><br>   Defendants. | Civil Action No.  1:10-cv-11046-WGY<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS** |

Plaintiff Richard Manuszak, by and through the undersigned counsel, hereby voluntarily dismisses his claims without prejudice against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendants have not served an answer or motion for summary judgment to Plaintiff's complaint.

August 31, 2010

Respectfully submitted,

   */s/ Joshua S. Devore*
Joshua S. Devore (*pro hac vice*)
Michelle C. Yau – Bar # 657236
Joshua M. Kolsky (*pro hac vice*)
Cohen Milstein  Sellers & Toll PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  202-408-4600
Facsimile:   202-408-4699
Email:  jdevore@cohenmilstein.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2010, copies of the foregoing were electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

                                                */s/ Joshua S. Devore*
                                                 Joshua S. Devore